IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LIONELL S. MOSS**                                                                            **PLAINTIFF**

**V.**                               **2:21CV000008 JM**

**JOHNNY WOOLEY, In His**
**Individual Capacity as the Regional**
**Public Housing Director for the Little Rock**
**Field Office for Housing and**
**Urban Development,**
**ERIC WILKINS, In His Individual**
**Capacity as Inspector with the Office**
**of Inspector General,**
**G. CRAIG ROBBINS, In His Individual**
**Capacity as Financial Member of**
**the Little Rock Office for Housing**
**And Urban Development**                               **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this day, this case is hereby dismissed.

IT IS SO ORDERED this 16th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE